**Alton Parker WHITE, Plaintiff— Appellant,**

v.

**UNITED STATES POSTAL SERVICE; et al., Defendants—Appellees.**

**No. 11–16294.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 19, 2011.*

Filed Jan. 10, 2012.

Alton Parker White, Avondale, AZ, pro se.

Before: GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Alton Parker White appeals pro se from the district court's orders denying his applications to proceed in forma pauperis. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion the denial of leave to proceed in forma pauperis. *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1369 (9th Cir.1987). We affirm.

The district court did not abuse its discretion by denying White's applications to proceed in forma pauperis because White failed to demonstrate indigence in light of the income reported in his financial affidavits. *See Rowland v. Cal. Men's Colony*, 506 U.S. 194, 203, 113 S.Ct. 716, 121 L.Ed.2d 656 (1993) (an individual is indigent under 28 U.S.C. § 1915 if he is unable to pay fees and still provide the necessities of life for himself and any dependents).

The district court did not abuse its discretion by denying White's motion for reconsideration because White failed to establish a basis for reconsideration. *See* Fed.R.Civ.P. 60(b). To the extent that White identified "newly discovered" information, the district court considered that information as part of White's second application for leave to proceed in forma pauperis.

White's remaining contentions, including those concerning bias, are unpersuasive.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.